Case Name: ALAN, JEFFREY W.
Case No:   05 B 75108

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:   6/11/07                    WILLIAM T. NEARY
                                    United States Trustee, Region 11

                            BY:   __/s/_____
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee