Case Name: ALAN, JEFFREY
Case No: 05 B 75108

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 11, 2007

WILLIAM T. NEARY
United States Trustee, Region 11

BY: *[signature]*
CAROLE J. RYCZEK
Attorney for the U.S. Trustee