**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>ALAN, JEFFRY W | CHAPTER 7 -- Liquidation |
|---|---|
| | CASE NO. 05-75108 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-5631  13-7546953<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on ~~JULY 2, 2007 at 9:30 a.m.~~ July 30, 2007 at 10:00 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 7,704.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,629.43 | |

                          297.16

            0.00

JOSEPH D. OLSEN
Trustee

4.    The Trustee's Final Report shows total:            $_____38,794.26

       a.    Receipts                                                $_____0.00

       b.    Disbursements                                 $_____38,794.26

       c.    Net Cash Available for Distribution

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $160,705.54, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $476,094.01.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

                                                                             s/s Joseph D. Olsen

_____6/11/07_____
DATE

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jclarke              Page 1 of 2            Date Rcvd: Jul 02, 2007
Case: 05-75108                Form ID: pdf002            Total Served: 30

The following entities were served by first class mail on Jul 04, 2007.
db          +Jeffry W Alan,    4433 Rolling Hills Drive,   Lake in the Hills, IL 60156-5536
aty         +Catherine Tucker,    Volvo Commercial Finance LLC TheAmericas,    7025 Albert Pick Road #105 (27409),
              POB 26131,    Greensboro, NC 27402-6131
aty         +Christine S Hooks,    U S Department of Justice Tax Division,    PO Box 55,
              Washington, DC 20044-0055
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +John S Graettinger,    Gardiner Koch & Weisberg,    53 W Jackson Blvd Ste 950,
              Chicago, IL 60604-3849
aty         +Jose G Moreno,    Codilis & Associates,    15W030 N Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
aty         +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
cr          +HomEq Servicing,    c/o Codilis and Assoc.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
cr          +ORIX Financial Services, Inc.,    600 TownPark Lane,    Suite 300,    Kennesaw, GA 30144-3734
9883096     +American Express,    PO Box 360002,    Ft. Lauderdale, Fl 33336-0002
9883097     +American Express,    777 American Expressway,    Ft Lauderdale, Fl 33337-0002
9883098      American Express Cards,    P O Box 360001,    Ft Lauderdale, Fl 3336-0001
10703347     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10091796    +Catherin Tucker,    Volvo Commercial Finance LLC TheAmericas,    7025 Albert Pick Rd #105 (27409),
              POB 26131,    Greensboro, NC 27402-6131
9883099     +Cingular Wireless,    GC Services Ltd Ptnr,    P O Box 95366,    Atlanta, GA 30347-0366
9883100     +CitiCapital Commercian Corp,    P O Box 141029,    Irving, Tx 75014-1029
9883101     +Daimler Chrysler/Mercedes,    Commercial Rec Systems,    8035 E  RL Thornton-#220,
              Dallas, TX 75228-7056
10696477    +Daimlerchrysler Financial Services Americas,    Loss Recovery c/o Dan Jones,
              1011 Warrenville Rd Suite 600,    Lisle IL 60532-0904
9883102     +Fifth Third Bank,    c/o Crowley,Barrett & Karaba,    20 S Clark St - Ste 2310,
              Chicago, IL 60603-1806
9883104    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
10706303   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Dept of the Treasury IRS,    230 S Dearborn,    Stop 5016-CHI,
              Chicago IL 60604-1505)
9883103     +Il Departmen of Revenue,    101 W Jefferson St,    Springfield, Il 62702-5074
10785784    +ORIX Financial Services, Inc.,    Attn: Ayo Uboh,    600 TownPark Lane,    Kennesaw, GA 30144-3729
9883105     +Orix Financial Services Inc,    c/o Atty John Graettinger Jr,    53 W Jackson - #950,
              Chicago, IL 60604-3849
9883106      Paccar Financial Corp,    c/o Chuhak & Tecson PC,    30 S Wacker Dr, 26th Flr,
              Chicago, IL 60606-7413
9883107     +Volvo Commercial Finance,    c/o Synergetic Communication, Inc,    306 N Spokane St - Ste H,
              Post Falls, ID 83854-7016
9883108     +Volvo Commercial Finance LLC,    The Americas (Attn:Sharon Wilson),    PO Box 26131,
              Greensboro, NC 27402-6131
The following entities were served by electronic transmission on Jul 03, 2007.
cr           +E-mail/Text: megan.young@cadleco.com                            Buckeye Retirement Co., L.L.C., Ltd.,
              100 North Center Street,    Newton Falls, OH 44444-1321
10669136     +E-mail/Text: megan.young@cadleco.com                            Buckeye Retirement Co., L.L.C., Ltd.,
              100 N Center Street,    Newton Falls, OH 44444-1321
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: jclarke          Page 2 of 2         Date Rcvd: Jul 02, 2007
Case: 05-75108               Form ID: pdf002        Total Served: 30

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2007**                                **Signature:** _Joseph Speetjens_